# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation; and YRC Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Total Quality Logistics, LLC,<br><br>Defendant. | Adv. No. 25-51612 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this action in its entirety with prejudice. An answer has not been filed.

Dated: January 29, 2026     **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq. MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3863
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>　　　　　　　　　　　Debtors.[2] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation; and YRC Inc.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Total Quality Logistics, LLC,<br><br>　　　　　　　　　　　Defendant. | Adv. No. 25-51612 |

## CERTIFICATE OF SERVICE

I, Vaneza Martinez Weber, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on January 29, 2026, via

|X|　　Electronic mail, addressed to:

<u>Counsel for Defendant</u>
Jacob R. Bothamley, Esq.
Yosina M. Lissebeck, Esq.
Chritopher Celentino, Esq.
DINSMORE
655 West Broadway
Suite 800
San Diego, CA 92101
Email: Jacob.Bothamley@Dinsmore.com;
Yosina.Lissebeck@Dinsmore.com;
Christopher.Celentino@DINSMORE.COM

Under penalty of perjury, I declare that the foregoing is true and correct.

---

[2] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: January 29, 2026         /s/ *Vaneza Martinez Weber*
                                Vaneza Martinez Weber
                                ASK LLP
                                2600 Eagan Woods Drive, Suite 400
                                Saint Paul, MN 55121